FILED
22-0099
4/12/2022 1:19 PM
tex-63496240
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## CAUSE NO. 360-679135-20

| | |
|---|---|
| IN THE INTEREST OF | IN THE DISTRICT COURT OF |
| J███████ B███████ | TARRANT COUNTY, TEXAS |
| CHILD(REN) | 360TH JUDICIAL DISTRICT |

## ORDER ON MOTION TO SUBSTITUTE APPELLATE COUNSEL
## IN A TERMINATION APPEAL

Respondent, B██████ B███████s, "Motion to Substitute Appellate Counsel in a Termination Appeal" is GRANTED, and **SARAH LISHMAN** is ORDERED withdrawn as counsel of record for Respondent, and **FRANK ADLER** is ORDERED substituted as appellate counsel for Respondent.

_____
JUDGE PRESIDING

_____
DATE

ORDER TO WITHDRAW TRIAL COUNSEL (CPS APPEAL)                    Page Solo

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below:

Frank Adler
Bar No. 24056787
frankadlerlaw@gmail.com
Envelope ID: 63496240
Status as of 4/12/2022 1:28 PM CST

Associated Case Party: Brian  Simpson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brian  Simpson | | brian@bcslawoffice.com | 4/12/2022 1:19:53 PM | SENT |

Associated Case Party: Joe  Spence

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joe  Spence | | jwspence@tarrantcountytx.gov | 4/12/2022 1:19:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clifford  Bronson | | clifford6363@yahoo.com | 4/12/2022 1:19:53 PM | SENT |